Petition for Writ of Mandamus Denied and Memorandum Opinion filed
January 22, 2004









 

Petition for Writ of Mandamus Denied and Memorandum
Opinion filed January 22, 2004.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-03-01450-CV

____________

 

IN RE WHATABURGER, INC., Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT
OF MANDAMUS

 



 

M E M O R A N D U M   O
P I N I O N

On December 31, 2003, relator
filed a petition for writ of mandamus in this Court seeking to compel the trial
judge to set aside his order denying relator=s motion to compel arbitration.  See Tex.
Gov=t. Code Ann. ' 22.221 (Vernon Supp. 2003); see
also Tex. R. App. P. 52.  

Because we find the trial court did not abuse its discretion,
we deny relator=s petition for writ of mandamus. 

 

PER CURIAM

 

 

Petition Denied
and Memorandum Opinion filed January 22, 2004.

Panel consists of
Chief Justice Hedges and Justices Anderson and Seymore.